AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

United States of America
v.

Marcus Clint Martin

)
)
)
)
)
)

Case: 1:23-mj-00184
Assigned to: Judge Meriweather, Robin M.
Assign Date: 7/27/2023
Description: COMPLAINT W/ ARREST WARRANT

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*                          Marcus Clint Martin

who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment    ❒ Superseding Indictment    ❒ Information    ❒ Superseding Information    ☒ Complaint
❒ Probation Violation Petition    ❒ Supervised Release Violation Petition    ❒ Violation Notice    ❒ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Civil Disorder;
18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers;
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds ;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds ;
18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds .

Date:   07/27/2023

2023.07.27 13:12:22
-04'00'
*Issuing officer's signature*

City and state:    Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 7-27-23 , and the person was arrested on *(date)* 7-31-2022 at *(city and state)* Panama City FL . |

Date:   7-31-23

*Arresting officer's signature*

Jacob Hamilton Special Agent
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Marcus Clint Martin<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case: 1:23-mj-00184
Assigned to: Judge Meriweather, Robin M.
Assign Date: 7/27/2023
Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Marcus Clint Martin     ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Civil Disorder;
18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers;
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds ;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds ;
18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds .

Date:     07/27/2023

2023.07.27 13:12:22 -04'00'

*Issuing officer's signature*

City and state:     Washington, D.C.     Robin M. Meriweather, U.S. Magistrate Judge

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ .<br><br>Date: _____     _____<br>*Arresting officer's signature*<br><br>    _____<br>*Printed name and title* |

AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Marcus Clint Martin<br>████████████<br><br>———————————————————<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case: 1:23-mj-00184
Assigned to: Judge Meriweather, Robin M.
Assign Date: 7/27/2023
Description: COMPLAINT W/ ARREST WARRANT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the
_____ in the District of ___Columbia___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 231(a)(3) - Civil Disorder, | |
| 18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers, | |
| 18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds , | |
| 18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds , | |
| 18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds . | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

————————————————————
*Complainant's signature*

Jacob Hamilton, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: _____07/27/2023_____

2023.07.27
13:13:14 -04'00'
————————————————————
*Judge's signature*

City and state: _____Washington, D.C._____

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

Assigned to: Judge Meriweather, Robin M.
Assign Date: 7/27/2023
Description: COMPLAINT W/ ARREST WARRANT

# STATEMENT OF FACTS

Your affiant, Jacob Hamilton, is a Special Agent assigned to the Tampa Field Office of the Federal Bureau of Investigation ("FBI"). In my duties as a Special Agent, I have received training and gained experience in a variety of criminal laws and procedures, including those involving drug distribution, counterintelligence, and domestic terrorism. Through my training, education and experience, I have become familiar with the manner in which criminal activity is carried out, and the efforts of persons involved in such activity to avoid detection by law enforcement. Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

## *Background*

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session

of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

### Facts Specific to Marcus Clint Martin

MARCUS CLINT MARTIN (hereinafter "MARTIN") is a 32-year-old American citizen. As discussed in detail below, MARTIN appears to have traveled to Washington, D.C., from Florida and participated in the riot at the U.S. Capitol on January 6, 2021.

#### A. Identification of MARTIN

On June 3, 2021, a confidential human source ("CHS") reported to the FBI that the CHS had identified MARTIN, also known as #BlueGooniesGuy on Twitter. MARTIN was identified by the CHS in multiple open-source social media videos of the events on January 6, 2021. In the videos MARTIN is seen in multiple confrontations with law enforcement officers in front of the U.S. Capitol Building near the inauguration stands. The CHS also identified MARTIN on Slide 126 of the Metropolitan Police Department's ("MPD") Be-On-the-Look-Out ("BOLO") slides which depicted persons of interest for unrest related offenses from January 6, 2021. The photo from the BOLO (Exhibit 1) shows MARTIN atop of the scaffolding erected for the inauguration of President Joseph Biden.  The CHS also identified a publicly available mugshot of MARTIN from an arrest in Calhoun County, Florida.



Exhibit 1: MPD BOLO picture taken from the MPD website and provided by the CHS.

As of July 2022, Florida DMV records identified Marcus Clint MARTIN as having a residential address in Melbourne, Florida. As of February 15, 2023, MARTIN had three registered vehicles: a 2003 Land Rover, 2003 BMW Mini Cooper, and a 2003 Jaguar. Individual 1 is also listed as an owner on the same vehicles as MARTIN. DMV records indicate that MARTIN and Individual 1 previously resided together in Melbourne, Florida. However, in June 2023, MARTIN updated his address to a residential address in Blountstown, Florida. Florida DMV records also show that MARTIN's parent resides at the same address in Blountstown, Florida.

A search of FBI databases returned a cellular telephone number for MARTIN of (xxx) xxx-9520 (the "phone number ending in -9520"). According to records obtained through a search warrant served on Verizon, on January 6, 2021, in and around the time of the incident, the cellphone associated with the phone number ending in -9520 was identified as having utilized a cell site consistent with providing service to a geographic area that included the interior and exterior of the U.S. Capitol building.

As of July 2, 2021, subsequent to legal process the FBI served on Verizon, subscriber and toll record information for records associated with the phone number ending in -9520 from January 1, 2021 to January 10, 2021 listed Individual 1 as the subscriber for the telephone number. It also listed the Melbourne, Florida address where MARTIN previously resided with Individual 1 as the subscriber address. The phone number was active 18 times on January 6, 2021 from 12:18 a.m. to 11:43 p.m. Three other phone numbers were associated with this account.

FBI analysis of telephone toll records for the phone number ending in -9520 showed a business that was a frequent contact of MARTIN at an address in Melbourne, Florida 32904 . Upon surveillance of the business, MARTIN's 2003 Land Rover was located at the business.

In August 2021, an owner of the business, Witness 1, who had known MARTIN for approximately three years, was able to identify MARTIN from a still image taken from a video depicting MARTIN at the Capitol Building on January 6, 2021 (Exhibit 4). Witness 1 identified MARTIN as an employee at the business and mentioned MARTIN taking a few days off at the beginning of 2021. Witness 1 did not know at the time what MARTIN did during those days. Witness 1 noted that the photo looked like it was from January 6, 2021.



Exhibit 2: Photo shown to Witness 1

I have reviewed multiple open-source videos and identified the individual in them as MARTIN through Witness 1's identification, the person's clothing (described below), and comparison of the individual in the open-source videos to photographs available through DMV records checks. Among other things, I observed the following.

A social media video captured by the FBI depicts MARTIN walking towards the U.S. Capitol building, turning back towards the camera, and removing a facemask and black and white stocking cap. The subject is wearing a dark blue jacket, neon yellow gloves, dark cargo pants, and work boots. In another video, MARTIN is removing metal barricades in front of the U.S. Capitol building near the inauguration stands after chasing police from their initial positions in front of the U.S. Capitol building. MARTIN then partakes in chants reciting "Who's house?! Our house" while beating on his chest (Exhibit 3).



Exhibit 3: Left photo - MARTIN just before removing facemask; Center photo - MARTIN removing metal barricades; Right photo - MARTIN chanting

In another video, taken from police cameras, MARTIN can be seen in the crowd from a police stand. MARTIN appears to be yelling and chanting in this video while pointing at officers filming the crowd (Exhibit 4).



Exhibit 4: MARTIN seen in crowd from a police camera

**B. MARTIN's Attacks on Police Officers on January 6, 2021**

According to two open-source videos, sometime after 1:00 p.m. on the West front of the U.S. Capitol, MARTIN appears to be applying first aid to another rioter who was injured and bleeding from the face (Exhibit 5). MARTIN can be seen applying bandages and a powder substance to the injured man's face. When an officer attempts to render aid to the injured individual, MARTIN prevents the officer from attempting to assist the injured rioter and begins to fight the officers present in the area, including by shoving one unidentified USCP officer ("Officer

1") away from the injured rioter (Exhibit 6) and using his shoulder to push away another unidentified officer ("Officer 2").



| Exhibit 5: MARTIN administering first aid | Exhibit 6: MARTIN shoving unidentified USCP Officer 1 away from injured rioter | Exhibit 7: MARTIN later shoving unidentified USCP Officer |
|---|---|---|

These open-source videos show that MARTIN pushes against the officers for approximately 10 seconds before he can be seen being pepper sprayed by the officers (Exhibit 8). MARTIN pulls back from the line of officers and helps another rioter, identified as Landon Copeland,[1] to his feet (Exhibit 9). A U.S. Capitol Police ("USCP") Officer 3 (later identified as Officer T.R.) is pushed over by the crowd and MARTIN piles on Officer 3 after the officer was knocked over. MARTIN also uses his left shoulder to shove other unidentified USCP officers attempting to assist Officer 3. (Exhibit 7) The fight lasts approximately 40 seconds before the crowd is pushed back.

---

[1] Landon Copeland has pleaded guilty in the District of Columbia to assaulting, resisting, or impeding officers in connection with his own actions on January 6, 2021 and was recently sentenced. *See United States v. Landon Copeland*, No. 21-cr-0570-APM (D.D.C).

 

Exhibit 8: MARTIN being pepper sprayed

Exhibit 9: MARTIN and Landon Copeland fighting USCP officers

In another open source video, after MARTIN was aiding the injured rioter, MARTIN is seen from another angle getting into the pile on top of Officer 3 (Exhibit 10). MARTIN recovers to his feet and tries to push another unidentified USCP officer ("Officer 4") with a shield (Exhibit 11). MARTIN is seen grabbing USCP Officer 4 in riot gear with both hands and shoving the officer. MARTIN is then shoved back by Officer 4 and pepper sprayed by an unknown officer.

 

Exhibit 10: MARTIN going into the pile with Officer 3.

Exhibit 11: MARTIN grabbing unidentified Officer 4.

In another social media video, MARTIN can be seen grabbing a bottle of water with his left hand and taking a drink. MARTIN is squinting and appears to not be able to open his right eye (Exhibit 12).



Exhibit 12

I conducted interviews with four USCP Officers that I identified who remembered seeing the subject in the crowd administering first aid.  Of those four, two of these officers stated that the DMV picture of MARTIN matched the subject in the crowd and both officers believed him to be the same person.  The other two officers either could not confirm or were not asked to match the subject to the DMV photo.

Officer T.R. was one of the two officers who affirmatively identified MARTIN as the man in the crowd.  Officer T.R. identified himself as Officer 3, who was at the bottom of a pile of rioters that MARTIN was involved with. Officer T.R. did not remember MARTIN directly attacking him but recalled him throwing multiple punches at another unknown officer in the crowd.  Officer T.R. sustained injuries—an injured knee—from this pile-on and interaction with rioters.  The other three officers could not recall the subject providing first aid being involved in fights with officers.

I have also located MPD camera footage from January 6, 2021, in which MARTIN appears to engage in a separate attack on law enforcement on the West front of the U.S. Capitol. In body camera footage obtained from the MPD, MARTIN is captured on video at approximately 1:17 PM in front of a police line of MPD and USCP officers. Officers are using metal barricades to separate and push the crowd back from the Capitol building. MARTIN is seen chanting and holding up an unknown object at the front of the police line. At approximately 1:19 p.m., MARTIN is seen yelling at USCP and MPD officers who are located behind the metal barricades. MARTIN can be seen and heard yelling "Why don't you take that knee then?! Why ain't you takin that knee for us?" At approximately 1:21 p.m., MARTIN attempts to grab and remove the metal barricades (Exhibit 13). An MPD officer pushes MARTIN away (Exhibit 14) and MARTIN again attempts to grab the barricade (Exhibit 15). The MPD officer uses pepper spray and attempts to grab MARTIN (Exhibit 16). MARTIN breaks free from the officer and retreats into the crowd.



Exhibit 13: MARTIN grabbing the metal barricade.



Exhibit 14: MARTIN shoving off the MPD officer.



Exhibit 15: MARTIN attempting to grab the barricade a second time.



Exhibit 16: MARTIN being grabbed by the officer a second time.

Based on the foregoing, your affiant submits there is probable cause to believe that MARTIN violated 18 U.S.C. § 231(a)(3), which makes it unlawful to commit or attempt to commit any act to obstruct, impede, or interfere with any fireman or law enforcement officer lawfully engaged in the lawful performance of his official duties incident to and during the commission of a civil disorder which in any way or degree obstructs, delays, or adversely affects commerce or the movement of any article or commodity in commerce or the conduct or performance of any federally protected function. For purposes of Section 231 of Title 18, a federally protected function

means any function, operation, or action carried out, under the laws of the United States, by any department, agency, or instrumentality of the United States or by an officer or employee thereof. This includes the Joint Session of Congress where the Senate and House count Electoral College votes.

Specifically, MARTIN committed and attempted to commit an act to obstruct, impede, and interfere with a law enforcement officer, that is, officers from the United States Capitol Police, lawfully engaged in the lawful performance of their official duties incident to and during the commission of a civil disorder which in any way and degree obstructed, delayed, and adversely affected commerce and the movement of any article and commodity in commerce and the conduct and performance of any federally protected function.

MARTIN also committed and attempted to commit an act to obstruct, impede, and interfere with a law enforcement officer, that is, officers from the Metropolitian Police Department, lawfully engaged in the lawful performance of their official duties incident to and during the commission of a civil disorder which in any way and degree obstructed, delayed, and adversely affected commerce and the movement of any article and commodity in commerce and the conduct and performance of any federally protected function.

Your affiant further submits there is probable cause to believe that MARTIN violated 18 U.S.C. § 111(a)(1), which makes it a crime to forcibly assault, resist, oppose, impede, intimidate, or interfere with an officer of the United States while engaged in or on account of the performance of official duties.

Specifically, MARTIN did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), that is, unidentified Officer 1, an officer from the United States Capitol Police, while such person was engaged in and on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim or the intent to commit another felony.

MARTIN did further forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), that is, unidentified Officer 2, an officer from the United States Capitol Police, while such person was engaged in and on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim or the intent to commit another felony.

MARTIN did further forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), that is, Officer T.R., an officer from the United States Capitol Police, while such person was engaged in and on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim or the intent to commit another felony.

MARTIN did further forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), that is, unidentified Officer 4, an officer from the United States Capitol Police, while such person was engaged in and on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim or the intent to commit another felony.

Finally, your affiant submits that there is probable cause to believe that MARTIN violated 18 U.S.C. § 1752(a)(1), (2), and (4), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; (4) knowingly engages in any act of physical violence against any person or property in any restricted building or grounds; or attempts or conspires to do so. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

_____
SPECIAL AGENT JACOB HAMILTON
FEDERAL BUREAU OF INVESTIGATION

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 27th day of July 2023.

2023.07.27
13:15:56 -04'00'

_____
HON. ROBIN M. MERIWEATHER
U.S. MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**CRIMINAL MINUTES**

Case No.  3:23-mj-206/HTC

Date:  July 31, 2023
Time: 3:30 p.m. – 3:49 p.m.

DOCKET ENTRY: INITIAL APPEARANCE ON A COMPLAINT IN ANOTHER DISTRICT

PRESENT:

| | |
|---|---|
| Honorable **Hope Thai Cannon**, | U.S. Magistrate Judge |
| Keri Igney, | Deputy Clerk |
| PNS Recorder, | Court Reporter |
| Jeffrey Tharp | Asst. U. S. Attorney |
| Virginia Bare, | Defense Attorney |
| None, | Interpreter |
| Ben Pearce, | Probation Officer |

**Name of Defendant:  MARCUS CLINT MARTIN**, Warrant from District of Columbia, Case Number 1:23-mj-184/Judge Robin M. Meriweather
☒Custody ☐ Bond ☐ O/R

**PROCEEDINGS:**

☒  Defendant advised that Defendant is before a United States Magistrate Judge.

☒  Defendant advised of alleged charge(s).

☒  Defendant advised not to make any statement before consulting an attorney.

☒  Defendant advised of right to hire counsel or have counsel appointed.

☒  Defendant executed CJA Form 23 (Financial Affidavit) and sworn to its accuracy.

☒  Defendant appointed the services of the Federal Public Defender in PNS for limited purpose of IA and hearings in this district.    *(See separate order.)*

☐  Defendant declined to complete CJA Form 23.

☐  Defendant advised Defendant will retain own counsel.

☒  Defendant advised of right to a preliminary hearing.

☒  Defendant advised of right to an identity hearing.

☒  Defendant advised of right to reasonable bail.

☐  Government moves for detention.

☒  Defendant advised and **WAIVED** the identity, detention and preliminary in this district.

3:23-mj-206/HTC

☐ Choose an item. hearing set for Click or tap to enter a date. by separate order and Defendant temporarily detained.

☐ Defendant committed to the Click or tap here to enter text., by separate order.

☒ Initial Appearance hearing set for Thursday, August 10, 2023 before Judge G. Michael Harvey, District of Columbia via Zoom.  Instructions for Zoom connection provided to Defendant.

☒ Defendant released on conditions and directed to voluntarily appear at the initial appearance hearing set forth above.  *See Order Setting Conditions of Release filed separately.*

Notes:

Clerk provided written Zoom instructions to Defendant for teleconference attendance scheduled for August 10, 2023 at 1:00 p.m. before U.S. Magistrate Judge G. Michael Harvey.  Copy also provided to the AUSA, AFPD, and Probation.

_____
Filed in Court
July 31, 2023
CRD:  kli

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                                Case No. 3:23-mj-206/HTC

MARCUS MARTIN
_____/

## WAIVER OF RULE 5 HEARING

I understand that I have been charged in the District of Columbia.

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine if I am the person named in the complaint;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise -- unless I am indicted -- to determine whether there is probable cause to believe that an offense has been committed;

(5)     a hearing on any motion by the government for detention; and

(6)     request transfer of the proceedings to this district pursuant to Fed. R. Crim. P. 20, in order to plead guilty, if I am before the Court on an indictment.

FILED IN OPEN COURT
7/31/23
CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

Having been advised of my rights, and with the benefit of counsel, I agree to waive my right(s) to:

☐     an identity hearing and production of the warrant.

☐     a preliminary hearing.

☐     a detention hearing.

☒     all of the above.  I request that ☒ my preliminary hearing and/or ☐ my detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
MARCUS MARTIN

_____
Counsel for the Defendant

July 31, 2023

AO 199A (Rev. 06/19)  Order Setting Conditions of Release
<span>Page 1 of ___4___ Pages</span>

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Marcus Clint Martin | ) | Case No.   3:23-MJ-206-HTC |
| | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)  The defendant must not violate federal, state, or local law while on release.

(2)  The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3)  The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)  The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at:   Zoom Instructions provided
<i>Place</i>

on _____ 8/10/2023 1:00 pm _____
<i>Date and Time</i>

If blank, defendant will be notified of next appearance.

(5)  The defendant must sign an Appearance Bond, if ordered.

FILED IN OPEN COURT THIS
7.31.23
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF FL

AO 199B (Rev. 12/20)  Additional Conditions of Release

Page 2 of 4 Pages

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ )  (6)  The defendant is placed in the custody of:

Person or organization _____

Address (only if above is an organization) _____

City and state _____ Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____     _____
Custodian                                                      Date

( ☑ )  (7)  The defendant must:

( ☑ )  (a)  submit to supervision by and report for supervision to the   pretrial services officer (in person if so directed) or at _____ ,
telephone number   850-572-0392   , no later than   Noon on the first of the month   .

( ☑ )  (b)  continue or actively seek employment.

( ☐ )  (c)  continue or start an education program.

( ☑ )  (d)  surrender any passport to:   pretrial services officer by close of business on the first day following release

( ☑ )  (e)  not obtain a passport or other international travel document.

( ☑ )  (f)  abide by the following restrictions on personal association, residence, or travel:   Travel is restricted to NDFL and District of Columbia for the purpose of
Court.

( ☑ )  (g)  avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution,
including:   all co-defendants   witnesses or potential witnesses

( ☐ )  (h)  get medical or psychiatric treatment: _____

( ☐ )  (i)  return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling,
or the following purposes: _____

( ☐ )  (j)  maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers
necessary.

( ☑ )  (k)  not possess a firearm, destructive device, or other weapon.

( ☑ )  (l)  not use alcohol ( ☐ ) at all ( ☑ ) excessively.

( ☑ )  (m)  not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed
medical practitioner.

( ☑ )  (n)  submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with
random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of
prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy
of prohibited substance screening or testing.

( ☐ )  (o)  participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or
supervising officer.

( ☐ )  (p)  participate in one of the following location restriction programs and comply with its requirements as directed.

( ☐ )  (i)  **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____ , or ( ☐ ) as
directed by the pretrial services office or supervising officer; or

( ☐ )  (ii)  **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services;
medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other
activities approved in advance by the pretrial services office or supervising officer; or

( ☐ )  (iii)  **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and
court appearances or other activities specifically approved by the court; or

( ☐ )  (iv)  **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However,
you must comply with the location or travel restrictions as imposed by the court.
**Note:** Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

AO 199B (Rev. 12/20)  Additional Conditions of Release                                                                    Page 3  of  4  Pages

## ADDITIONAL CONDITIONS OF RELEASE

( ☐ )  (q)  submit to the following location monitoring technology and comply with its requirements as directed:
      ( ☐ ) (i)     Location monitoring technology as directed by the pretrial services or supervising officer; or
      ( ☐ ) (ii)    Voice Recognition; or
      ( ☐ ) (iii)   Radio Frequency; or
      ( ☐ ) (iv)  GPS.

( ☐ )  (r)  pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ☑ )  (s)  report within 24 hours, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☑ )  (t)  Follow the United States Probation Officer instructions.

AO 199C  (Rev. 09/08)  Advice of Penalties                                    Page ___4___ of ___4___ Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Defendant's Signature

Pensacola, Florida
_____
City and State

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(    ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date:    7/31/2023
_____
Judicial Officer's Signature

US Magistrate Judge Hope T. Cannon
_____
Printed name and title

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                      Case No. 3:23-mj-206/HTC

MARCUS CLINT MARTIN
_____/

### ORDER TO APPEAR

The Defendant appeared before this Court for his initial appearance.  A detention hearing was not held.  The Defendant was released on conditions.  The Defendant Choose an item. requesting court-appointed counsel.  The Defendant waived an identity hearing.

The Defendant is released from custody and ordered to appear in the District of Columbia (the "Charging District"), to answer a Criminal Complaint in case number 1:23-mj-184.  If the time to appear in that court has not yet been set, the Defendant must appear when notified to do so.  Otherwise, Defendant is ordered to appear at the following place, date and time:

**August 10, 2023 at 1:00 p.m. before U.S. Magistrate Judge G. Michael Harvey
Hearing will be conducted by video teleconference**

*If Defendant does not have counsel, counsel for the United States is directed to contact the Office of the Federal Public Defender for the District of Columbia and provide their office with the information contained in this Order. If the parties have questions regarding the scheduled hearing, please contact the Courtroom Deputy in the District of Columbia at 202-354-3142.*

Dated:  July 31, 2023

s/ *Hope Thai Cannon*
Hope Thai Cannon
United States Magistrate Judge
Northern District of Florida

CLOSED

# U.S. District Court
## Northern District of Florida (Pensacola)
## CRIMINAL DOCKET FOR CASE #: 3:23-mj-00206-HTC-1

Case title: USA v. MARTIN                           Date Filed: 07/31/2023

Other court case number:  1:23-mj-184 District of Columbia        Date Terminated: 07/31/2023

Assigned to: MAGISTRATE JUDGE
HOPE T CANNON

### Defendant (1)

**MARCUS CLINT MARTIN**
*TERMINATED: 07/31/2023*

| **Pending Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Opening)** | |
| --- | --- |
| None | |

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Terminated)** | |
| --- | --- |
| None | |

| **Complaints** | **Disposition** |
| --- | --- |
| 18:231.F: Civil Disorder; 18:111.F: Assaulting, Resisting, or Impeding Certain Officers; 18:1752(a)(1): Entering and Remaining in a Restricted Building or Grounds; 18:1752(a)(2): Disorderly and Disruptive Conduct in a Restricted Building or Grounds; 18:1752(a)(4): Engaging in Physical Violence in a Restricted Building or Grounds | |

### Plaintiff

**USA**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/31/2023 | | Arrest (Rule 40) of MARCUS CLINT MARTIN (kli) (Entered: 07/31/2023) |
| 07/31/2023 | 1 | DOCUMENTS RECEIVED from District of Columbia in their case 1:23-mj-184 as to MARCUS CLINT MARTIN. Arrest Warrant (redacted), Criminal Complaint, Statement of Facts (redacted). (kli) (Entered: 07/31/2023) |
| 07/31/2023 | 2 | Minute Entry for proceedings held before MAGISTRATE JUDGE HOPE T CANNON:Initial Appearance in Rule 5 Proceedings as to MARCUS CLINT MARTIN held on 7/31/2023. (Court Reporter DCR.) (kli) (Entered: 07/31/2023) |
| 07/31/2023 | 3 | CJA 23 Financial Affidavit by MARCUS CLINT MARTIN (PDF sealed per Privacy Policy) (kli) (Entered: 07/31/2023) |
| 07/31/2023 | 4 | ORDER APPOINTING COUNSEL FOR LIMITED PURPOSES as to MARCUS CLINT MARTIN.. Signed by MAGISTRATE JUDGE HOPE T CANNON on 7/31/2023. (kli) (Entered: 07/31/2023) |
| 07/31/2023 | 5 | WAIVER of Rule 5 Hearings by MARCUS CLINT MARTIN. (kli) (Entered: 07/31/2023) |
| 07/31/2023 | 6 | ORDER TO APPEAR IN CHARGING DISTRICT as to MARCUS CLINT MARTIN. Signed by MAGISTRATE JUDGE HOPE T CANNON on 7/31/2023. (kli) (Additional attachment(s) added on 7/31/2023: # 1 Zoom Attendance Instructions) (kli). (Entered: 07/31/2023) |
| 07/31/2023 | 7 | ORDER SETTING CONDITIONS OF RELEASE as to MARCUS CLINT MARTIN. Signed by MAGISTRATE JUDGE HOPE T CANNON on 7/31/2023. (kli) (Entered: 07/31/2023) |
| 08/01/2023 | 8 | Transmit Rule 5 documents via email from NDFL Clerk to District of Columbia (kli) (Entered: 08/01/2023) |