UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:23-cr-353-JDB |
| MARCUS CLINT MARTIN, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S SENTENCING MEMORANDUM

On March 7, 2024, Marcus Martin entered a guilty plea to Counts 3 and 5 of the Indictment, charging him with Assaulting, Resisting, or Impeding Certain Officers, pursuant to Title 18 USC § 111(a)(1). He will appear before this Court for sentencing on July 19, 2024. The recommended sentencing range under the United States Sentencing Guidelines is 30 to 37 months incarceration.

For the following reasons, Mr. Martin requests the Court impose a term of imprisonment of no more than one year and one day. Mr. Martin requests the Court recommend that he serve any custodial sentence at a Bureau of Prisons ("BOP") facility as close to his home in Florida as possible, to be close to his wife, three children and parents. He also requests the privilege of self-surrendering to BOP.

## BACKGROUND

Before January 6, 2021, former President Trump encouraged millions of ordinary Americans to travel to D.C. to attend the "Stop the Steal" rally, where he would further encourage them to go to the Capitol building to protest the certification of the Electoral College vote. The former President summoned his supporters to D.C. based on claims

that the 2020 Presidential election was "stolen" from him.[1] This claim was repeated to the public over and over again, beginning immediately after the election when the former President falsely declared victory.[2] The former President led ordinary Americans like Mr. Sturgeon, who were not experts in election law, to believe or suspect that irregularities existed in the election and vote count and that the purported fraud would be uncovered if people demanded action. He held rallies all over the country, repeating these claims and firing up his base of followers.

Below are examples of some of the political rhetoric that was spreading through the Trump supporter community prior to January 6, 2021, that came directly from former President Trump:

> WE HAVE JUST BEGUN TO FIGHT!!!
> ***Tweet from Trump on December 12, 2022***.[3]
>
> A great report by Peter. Statistically impossible to have lost the 2020 Election. Big protest in D.C. on January 6th. Be there, will be wild!
> ***Tweet from Trump on December 19.***[4]
>
> The Justice Department and the FBI have done nothing about the 2020 Presidential Election Voter Fraud, the biggest SCAM in our nation's history, despite overwhelming evidence. They should be ashamed. History will remember. Never give up. See everyone in D.C. on January 6th.
> ***Trump tweet from December 26, 2022.***[5]

---

[1] Shivaram, Deepa, The House Jan. 6 committee releases its final report on the Capitol attack, NPR, December 22, 2022, available at https://www.npr.org/2022/12/21/1144489935/january-6-committee-full-report-release.

[2] I*d*. at pg. 36 of final report.

[3] Sherman, Amy, A Timeline of what Trump said before Jan. 6 Capitol riot, Politifact, The Poyner Institute, January 11, 2021, available at https://www.politifact.com/article/2021/jan/11/timeline-what-trump-said-jan-6-capitol-riot/

[4] *Id*.
[5] *Id*.

> If you are planning to attend peaceful protests in D.C. on the 6th, I recommend wearing a body camera. The more video angles of that day the better.
> ***Retweet by Trump on January 3, 2022.*** [6]

> If the liberal Democrats take the Senate and the White House – and they're not taking this White House – we're going to fight like hell, I'll tell you right now,"…We're going to take it back."
> ***Trump's words at a rally in Georgia on January 4, 2021***.[7]

> If Vice President @Mike_Pence comes through for us, we will win the Presidency. Many States want to decertify the mistake they made in certifying incorrect and even fraudulent numbers in a process NOT approved by their State Legislatures (which it must be). Mike can send it back!
> ***Tweet from former President Trump at 1:00 am on January 6, 2021***.[8]

On January 6, 2021, Mr. Martin and his father attended the rally he was invited to by his President, where he listened to several speeches encouraging the crowd to march to the Capitol to "stand up for this country and stand up for what is right."[9] Former President Trump, after several minutes of reiterating his claims that the election was stolen, said the following to the crowd (including Mr. Martin) on January 6, 2021:

> We will not let them silence your voices. We're not going to let it happen, I'm not going to let it happen…..We're gathered together in the heart of our nation's capital for one very, very basic and simple reason – to save our democracy….Now, it is up to Congress to confront this egregious assault on our democracy. And after this, ***we're going to walk down, and I'll be there with you***, we're going to walk down…I know that everyone here will soon be marching over to the Capitol building to peacefully and patriotically make your voices heard….And they want to recertify their votes…***But the only way that can happen is if Mike Pence***

---

[6] *Id.*

[7] *Id.*

[8] *January 6* Report at 61.

[9] See Matthew Choi, *Trump is on trial for inciting an insurrection. What about the 12 people who spoke before him?,* Politico (Feb. 10, 2021), available at https://www.politico.com/news/2021/02/10/trump-impeachement-stop-the-steal-speakers-467554.

***agrees to send it back…If not…you will have an illegitimate President***. That's what you'll have. And we can't let that happen…***We must stop the steal*** and then we must ensure that such outrageous election fraud never happens again….***And we fight. We fight like hell. And if you don't fight like hell, you're not going to have a country anymore…..So we're going to, we're going to walk down Pennsylvania Avenue…And we're going to the Capitol, and we're going to try and give them the kind of pride and boldness that they need to take back our country.. So let's walk down Pennsylvania Ave***.[10]

Even as the Capitol building was under attack, President Trump did and said nothing for hours.[11] The only thing he did during the crucial hours of the attack was post a Tweet at 2:24 p.m. saying "Mike Pence didn't have the courage to do what should have been done to protect our country and our Constitution."[12]

## ARGUMENT

### I. Legal Standard

The Court is well aware that the Supreme Court's opinions in Kimbrough v. United States, 552 U.S. 84 (2007), and Gall v. United States, 552 U.S. 38 (2007), have dramatically altered the law of federal sentencing. While courts must continue to consider the sentencing guidelines, Congress has required federal courts to impose the

---

[10] Associated Press, *Transcript of Trump's Speech at Rally Before US Capitol Riot*, U.S. News & World Report, Jan. 13, 2021, available at https://www.usnews.com/news/politics/articles/2021-01-13/transcript-of-trumps-speech-at- rally-before-us-capitol-riot (last viewed on Nov. 22, 2022). (emphases added).

[11] Jonathan Allen, *On Jan. 6, Trump ignored all pleas to call off the mob attacking the Capitol while 'pouring gasoline on fire' aide says*, NBC News, July 21, 2022, available at https://www.nbcnews.com/politics/congress/prime-time-jan-6-hearing-focuses-trumps-inaction-187-minutes-mayhem-rcna36737

[12] Ewan Palmer, *Donald Trump Tweeted Attack on Mike Pence Minutes After Hearing VP Was Fleeing Capitol Rioters*, Newsweek, February 11, 2021 available at https://www.newsweek.com/donald-trump-tweeted-attack-mike-pence-minutes-capitol-rioters-1568568. (last viewed on November 29, 2022).

least amount of imprisonment necessary to accomplish the purposes of sentencing as set forth in 18 U.S.C. §3553(a).[13] As the Supreme Court made clear in Kimbrough and Gall, the Sentencing Guidelines are simply an advisory tool to be considered alongside other statutory considerations set forth in 18 U.S.C. §3553(a).

In two more summary reversals, the Court further clarified that the Guidelines cannot be used as a substitute for a sentencing court's independent determination of a just sentence based upon consideration of the statutory sentencing factors. *Nelson v. United States*, 129 S. Ct. 890 (2009), 2009 WL 160585 (Jan. 26, 2009); *Spears v. United States*, 129 S. Ct. 840 (2009), 2009 WL 129044 (Jan. 21, 2009). "Our cases do not allow a sentencing court to presume that a sentence within the applicable Guidelines range is reasonable," the Court held in Nelson. 2009 WL 160585, at *1. "The Guidelines are not only not mandatory on sentencing courts; they are also not be presumed reasonable." Id. At *2. In other words, a sentencing court may not rely on the Sentencing Guidelines range as a default to be imposed unless a basis exists to impose a sentence inside that range. Rather, the court must weigh each of the factors and impose a sentence that constitutes the least amount of imprisonment necessary pursuant to Section 3553(a).

---

[13] Those factors include (a) the nature and circumstances of the offense and history and characteristics of the defendant; (b) the kinds of sentences available; (c) the advisory guideline range; (d) the need to avoid unwanted sentencing disparities; (e) the need for restitution; and (f) the need for the sentence to reflect the following: the seriousness of the offense, promotion of respect for the law and just punishment for the offense, provision of adequate deterrence, protection of the public from future crimes and providing the defendant with needed educational and vocational training, medical care, or other correctional treatment. See 18 U.S.C. §3553(a).

> II.   Imposing a Variant Sentence is Sufficient, But Not Greater Than Necessary, to Comply with 18.U.S.C. §3553(a).
>
> a.   Nature and Circumstances of the Offense and Mr. Martin's Personal History and Characteristics

First and foremost, Mr. Martin acknowledges the severity of the January 6th attack. He regrets his involvement and the resulting impact on our nation's democratic process. This acknowledgment is not merely a formality but a genuine expression of remorse for the disruption and fear caused by that day's events. Since the incident, Mr. Martin has fully cooperated with law enforcement. He provided truthful information in a post-plea interview, and shown a willingness to make amends.

Mr. Martin was born in Marianna, Florida, and has lived his entire life in the state. Mr. Martin was raised by both of his parents, who remain married to this day.  His father is employed as an airport fueler. His mother works for Avis car rental. His parents have been supportive of him throughout this case and he
maintains regular communication with them. His mother describes him as a person with a good sense of humor, who loves animals, and is "easy going." Mrs. Martin reported that she never had problems with him as a child or teenager and they maintain a close relationship. Though family finances were limited, the defendant and his sister were always provided with a home, food, and clothing while they were children.

Mrs. Martin believes her son is remorseful for his actions and wants to get this period of his life behind him. She feels his behavior on January 6th was a "heat of the moment kind of thing" and not a reflection of who he really is. Due to work obligations, Mrs. Martin will be unable to attend the sentencing hearing.

Mr. Martin's total criminal history score is one, which establishes a criminal

6

history category of I.

    b.    The Need to Promote Respect for the Law, Provide Just Punishment, Protect the Community and Provide Adequate Deterrence, and the Need to Avoid Unwanted Sentencing Disparities

The Court can be assured that Mr. Martin will not repeat the same conduct. First, his compliance on pre-trial supervision has been without incident. Second, his lack of a serious criminal history and his behavior since being charged has shown that his focus is solely on work and providing for his wife and young children.

Mr. Martin is now a felon and must deal with the collateral consequences that stem from that for the rest of his life.

General Deterrence

Sentencing Mr. Martin to a significant period of incarceration is not the way to ensure that the isolated events on January 6 will never occur again. An event like January 6 is unlikely to happen again1. Empirical evidence proves that the certainty of prosecution, rather than the severity of the punishment is the greater deterrent.[14] Individuals like Mr. Martin, who have very little criminal history, have already been deterred by this threat of prosecution. Most individuals involved in January 6, 2021, were encouraged to do what they did by a sitting U.S. president, yet the U.S. Department of Justice did not hesitate to prosecute them. Individuals like Mr. Martin are deterred just by the prospect of such a harsh prosecution and the collateral consequences that result from a felony conviction. For these reasons, the goal of general deterrence would be more than met by a variant sentence.

---

[14] See National Institute of Justice, Five Things About Deterrence (June 5, 2016), full article available at https://nij.ojp.gov/topics/articles/five-things-about-deterrence

## CONCLUSION

Mr. Martin acknowledges his unlawful conduct on January 6, 2021. He understands the serious and unlawful misconduct he engaged in, and the potential danger to our community which could have ensued. He has expressed remorse and taken responsibility for his criminal conduct.

Mr. Martin requests the Court impose a term of imprisonment of no more than one year and one day, and an appropriate term of supervised release, which is sufficient, but not greater than necessary to meet the sentencing objectives of 18 U.S.C. § 3553(a).

>Respectfully submitted,
>
>MARCUS CLINT MARTIN
>By Counsel
>
>  /s/ Pleasant S. Brodnax, III
>Pleasant S. Brodnax, III
>1701 Pennsylvania Avenue, NW
>Suite 200
>Washington, D.C. 20006
>(202) 462-1100
>pleasant.brodnax@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was filed by CM/ECF on the 16th day of July 2024, which will send a notification of such filing (NEF) to all counsel of record.

>/s/ Pleasant S. Brodnax, III
>Pleasant S. Brodnax, III